IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KRAFT FOODS GROUP BRANDS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) C.A. No. 14-028 (LPS) |
| TC HEARTLAND, LLC d/b/a HEARTLAND FOOD PRODUCTS GROUP and HEARTLAND PACKAGING CORPORATION, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS

PLEASE TAKE NOTICE that Richard M. Koehl, attorney for Defendants TC Heartland, LLC d/b/a Heartland Food Products Group and Heartland Packaging Corporation is now affiliated with the law firm of Hughes Hubbard & Reed LLP at the following address:

> Richard M. Koehl (*pro hac vice*)
> Hughes Hubbard & Reed LLP
> One Battery Park Plaza
> New York, NY  10004-1482
> Telephone: (212) 837-6000
> Facsimile: (212) 299-6803

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*
Mary B. Graham (#2256)
Derek J. Fahnestock (#4705)
Thomas Curry (#5877)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mgraham@mnat.com
dfahnestock@mnat.com
tcurry@mnat.com
   *Attorneys for TC Heartland, LLC d/b/a*
   *Heartland Food Products Group and*
   *Heartland Packaging Corporation*

October 10, 2014
8575047