IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KRAFT FOODS GROUP BRANDS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 14-028 (LPS) |
| | ) |
| TC HEARTLAND, LLC d/b/a HEARTLAND FOOD PRODUCTS GROUP and HEARTLAND PACKAGING CORPORATION, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, the appearance of Emma L. Baratta and the law firm of Fried Frank Harris Shriver & Jacobson LLP, are hereby withdrawn as counsel for TC Heartland, LLC d/b/a Heartland Food Products Group and Heartland Packaging Corporation in this action. Defendants continue to be represented in this action by the law firms of Morris, Nichols, Arsht & Tunnell LLP and Hughes Hubbard & Reed LLP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
Derek J. Fahnestock (#4705)
Thomas Curry (#5877)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mgraham@mnat.com
dfahnestock@mnat.com
tcurry@mnat.com
  *Attorneys for TC Heartland, LLC d/b/a*
  *Heartland Food Products Group and*
  *Heartland Packaging Corporation*

October 10, 2014
8575065