# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Mary B. Graham**
(302) 351-9199
mgraham@mnat.com

October 16, 2014

**BY E-FILING**

The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 6100
Wilmington, DE 19801-3555

      Re:   *Kraft Foods Grp. Brands LLC v. TC Heartland, LLC, et al.*
             C.A. No. 14-028 (LPS)(CJB)

Dear Judge Burke:

      Briefing has now been completed on Defendants' Motion to Dismiss Claims for Lack of Personal Jurisdiction and For Transfer of Venue to the Southern District of Indiana (D.I. 7). Pursuant to Local Rule 7.1.4, Defendants hereby request oral argument on this motion.

      Respectfully,

      */s/ Mary B. Graham*

      Mary B. Graham (#2256)

MBG/dam
cc:   Frederick L. Cottrell, III, Esq. (by email)
       Patrick D. Lane, Esq. (by email)
       James W. Dabney, Esq. (by email)
8597121