IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KRAFT FOODS GROUP BRANDS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 14-028 (LPS) |
| TC HEARTLAND, LLC d/b/a HEARTLAND FOOD PRODUCTS GROUP and HEARTLAND PACKAGING CORPORATION, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Wanda French-Brown of Hughes Hubbard & Reed LLP to represent TC Heartland, LLC d/b/a Heartland Food Products Group and Heartland Packaging Corporation in the above-captioned matter.

In accordance with the Standing Order for District Court Fund effective March 25, 2014, movant states that the annual fee of $25.00 per attorney, if not previously paid, will be submitted to the Clerk's Office with this motion.

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Thomas Curry*
          Mary B. Graham (#2256)
          Derek J. Fahnestock (#4705)
          Thomas Curry (#5877)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE 19899-1347
          (302) 658-9200
          mgraham@mnat.com
          dfahnestock@mnat.com
          tcurry@mnat.com
            *Attorneys for TC Heartland, LLC d/b/a*
            *Heartland Food Products Group and*
            *Heartland Packaging Corporation*

OF COUNSEL:

James W. Dabney
Richard M. Koehl
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

October 16, 2014

      SO ORDERED this ___ day of _____, 2014.

                                        CHIEF, UNITED STATES DISTRICT JUDGE

3523265

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Wanda French-Brown, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 10/14/2014

Wanda French-Brown
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone (212) 837-6000
wanda.french-brown@hugheshubbard.com

8595237