IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KRAFT FOODS GROUP BRANDS LLC, | ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 14-28-LPS/CJB |
| v. | ) ) ) | |
| TC HEARTLAND, LLC d/b/a HEARTLAND FOOD PRODUCTS GROUP, et. al. | ) ) ) ) | |
| Defendants. | ) | |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Plaintiff Kraft Foods Group Brands, LLC respectfully requests oral argument on Defendants TC Heartland, LLC d/b/a Heartland Food Products Group and Heartland Packaging Corp.'s Motion to Dismiss (D.I. 7) at the Court's convenience. The briefing on the motion (D.I. Nos. 8, 20, 26) was completed on October 14, 2014.

Of Counsel:

Patrick D. Lane
Joshua A. Lorentz
Eric K. Combs
Robert M. Zimmerman
Dinsmore & Shohl LLP
255 E. Fifth Street, Ste. 1900
Cincinnati, OH 45202
(513) 977-8200
pat.lane@dinsmore.com
joshua.lorentz@dinsmore.com
eric.combs@dinsmore.com
robert.zimmerman@dinsmore.com

Dated: October 20, 2014

*/s/ Anthony Flynn, Jr.*
Frederick L. Cottrell, III (#2555)
Anthony Flynn Jr. (#5750)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
flynn@rlf.com

*Attorneys for Plaintiff*
*Kraft Foods Group Brands LLC*

RLF1 10944967v.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2014, a true and correct copy of the foregoing document was served, via e-mail, and electronically filed same with the Clerk of the Court using the CM/ECF system:

**BY ELECTRONIC MAIL**
Mary B. Graham
Thomas J. Curry
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mgraham@mnat.com
tcurry@mnat.com

**BY ELECTRONIC MAIL**
Richard M. Koehl
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

*/s/ Anthony Flynn, Jr.*
Anthony Flynn, Jr. (#5750)
Flynn@rlf.com