# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KRAFT FOODS GROUP BRANDS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TC HEARTLAND LLC, et al., ) <br> ) <br> Defendants. ) | Civil Action No. 14-0028-LPS |

## ORDER SCHEDULING ADR TELECONFERENCE

At Wilmington this 23rd day of April, 2015.

IT IS ORDERED that a teleconference has been scheduled for **Monday, July 6, 2015, at 10:15 a.m.** with Magistrate Judge Burke to discuss alternative dispute resolutions ("ADR"). **Plaintiff(s) counsel shall initiate the teleconference call to 302-573-4595.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                      /s/ Christopher J. Burke
                                                      UNITED STATES MAGISTRATE JUDGE