

Frederick L. Cottrell III
302-651-7509
Cottrell@rlf.com

August 11, 2016

**VIA CM/ECF & HAND DELIVERY**
The Honorable Leonard P. Stark
United States District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

Re: *Kraft Foods Group Brands LLC v. TC Heartland LLC, et al.*,
C.A. No. 14-028-LPS-CJB

Dear Chief Judge Stark:

I write on behalf of the Plaintiff Kraft Foods Group Brands LLC ("Kraft") with respect to the Reply Brief in Support of Heartland's Motion for Summary Judgment (the "Reply Brief") filed under seal on Monday, August 8, 2016. D.I. 371. The Reply Brief is four pages in excess of the 20-page limit set forth in the Scheduling Order. *See* D.I. 38 ¶ 17.b. Counsel for Kraft requested that Heartland voluntarily withdraw the Reply Brief and file a corrected brief by the end of this week, and offered to stipulate to allow for such a corrective brief to be filed. Heartland refused and argued that the extended page limits (50+50+25) applicable when "a party files, in addition to a case dispositive motion, a Daubert motion to exclude or preclude any portion of an expert's testimony," somehow apply to the Reply Brief. As Heartland did not file any Daubert motions, the extended limits do not apply and Heartland's argument is contrary to the Scheduling Order's—and Your Honor's—directives. Kraft points the Court to the clear, unambiguous language of the Scheduling Order which provides for "a combined total of 40 pages for all opening briefs, a combined total of 40 pages for all answering briefs, and a combined total of 20 pages for all reply briefs" for dispositive motions. *Id.*

Kraft complied with the page limits and, thus, respectfully requests that the Reply Brief be stricken from the record and Heartland be ordered to file a brief complying with the page limits within one week. Having the corrected brief on file as soon as possible ensures that both Kraft and the Court have sufficient time to review and consider Heartland's arguments prior to the oral argument scheduled for August 30, 2016.

Respectfully,

*/s/ Frederick L. Cottrell, III*

Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com

August 11, 2016
Page 2

cc: All Counsel of Record